ORDER
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| CURRENCY MANAGEMENT CO. LTD. | ) Bankruptcy Case No. 09-03825 |
| a corporation | ) |
| | ) Hon. Judge Pamela Hollis |
| Debtor. | ) |

**<u>ORDER</u>**

      This cause coming to be heard on Motion of the Debtor, Currency Management Co. Ltd. to Hold Creditor in Contempt; For Entry of an Order for Rule to Show Cause and Other Relief for violation of the automatic stay pursuant to 11 U.S.C. §§ 105 and 362 and Bankruptcy Rules 4001(a)(3) and 9020;

      **IT IS HEREBY ORDERED:**

      That an Order for Rule to Show Cause is hereby entered against Matthew Tolomeo, individually and as an agent of Matt's Landscaping Contractors, Ltd.; Ronald A. Stearney, and Elina Golod as to why they should be held in Contempt of this Court.

      ENTER:

_____
Judge

Dated:

Attorney I. D. 3127869
Law Office of Cora T. Burks
35 East Wacker Dr.# 1870, Chgo,Il. 60601
(773) 651-4233