PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

In re: §
§
CURRENCY MANAGMENT CO. LTD. § Case No. 09-03825
§
Debtor(s) §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/06/2009 . The undersigned trustee was appointed on 02/06/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $        11,234.70

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 0.00 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]      $        11,234.70

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 07/24/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,873.47 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,873.47 , for a total compensation of $ 1,873.47 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/15/2010              By:/s/PHILIP V. MARTINO
                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Page: 1
Exhibit A

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:   09-03825   PSH   Judge: PAMELA S. HOLLIS
Case Name: CURRENCY MANAGMENT CO. LTD.

For Period Ending: 10/15/10

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 02/06/09 (f)
341(a) Meeting Date: 03/18/09
Claims Bar Date: 07/24/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Lakeside Bank Checking Account | 1,230.00 | 1,230.00 | | -8,770.00 | 10,000.00 |
| 2. 06 CH 5410 Mechanics Lien Claim | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 07 CH 5163 Mechanics Lien Claim | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4. $10,000 CASH (u) | 0.00 | 10,000.00 | | 10,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.70 | Unknown |
| TOTALS (Excluding Unknown Values) | $21,230.00 | $11,230.00 | | $1,234.70 | $10,000.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor's Claim Objection to only claim filed by third party is pending and continued to September 30.

Initial Projected Date of Final Report (TFR): 12/31/09    Current Projected Date of Final Report (TFR): 12/31/10

LFORM1    UST Form 101-7-TFR (9/1/2009) (Page: 3)    Ver: 15.20

Page: 1
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-03825 -PSH
Case Name: CURRENCY MANAGMENT CO. LTD.
Taxpayer ID No: *******5621
For Period Ending: 10/15/10

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0331 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/08/09 | 1 | Currency Management Co., Inc. CURRENCY MANAGEMENT | Memo Amount: 1,230.00 Lakeside Checking Account Balance | 1129-000 | 11,230.00 | | 11,230.00 |
| | 4 | CURRENCY MANAGEMENT | Memo Amount: 10,000.00 $10,000 Cash | 1229-000 | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 11,230.16 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,230.45 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,230.74 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,231.03 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,231.31 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,231.59 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,231.88 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,232.17 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,232.45 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 11,232.71 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,233.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,233.28 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,233.56 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,233.84 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,234.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,234.42 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,234.70 |

Page Subtotals 11,234.70 0.00

Ver: 15.20

LFORM24 UST Form 101-7-TFR (9/1/2009) (Page: 4)

Page: 2
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-03825 -PSH
Case Name: CURRENCY MANAGMENT CO. LTD.
Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0331 BofA - Money Market Account

Taxpayer ID No: *******5621
For Period Ending: 10/15/10
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Memo Allocation Receipts: | | 11,230.00 | | |
| | | | Memo Allocation Disbursements: | | 0.00 | | |
| | | | Memo Allocation Net: | | 11,230.00 | | |
| | | | COLUMN TOTALS | | 11,234.70 | 0.00 | 11,234.70 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 11,234.70 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,234.70 | 0.00 | |
| | | Total Allocation Receipts: | 11,230.00 | | | | |
| | | Total Allocation Disbursements: | 0.00 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Total Memo Allocation Net: | 11,230.00 | | 11,234.70 | 0.00 | 11,234.70 |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | BofA - Money Market Account - *******0331 | | 11,234.70 | 0.00 | 11,234.70 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | Page Subtotals | | 0.00 | 0.00 | 0.00 |

LFORM24 UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.20

ANALYSIS OF CLAIMS REGISTER

CASE NO:              09-03825-PSH
CASE NAME:            CURRENCY MANAGMENT CO. LTD.
CLAIMS BAR DATE:      07/24/09
CLAIMS REVIEWED BY:   PHILIP V. MARTINO, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
|  | PHILIP V. MARTINO<br>300 NORTH LASALLE STREET<br>SUITE 4000<br>CHICAGO, IL 60654 | Administrative |  | 0.00 | 1,873.47 | 1,873.47 |
|  | PHILIP V. MARTINO<br>300 NORTH LASALLE STREET<br>SUITE 4000<br>CHICAGO, IL 60654 | Administrative |  | 0.00 | 0.00 | 0.00 |
| 002<br>6110-00 | DLA Piper US LLP | Administrative |  | 0.00 | 3,241.00 | 3,241.00 |
|  |  | Subtotal for Class Administrative |  | 0.00 | 5,114.47 | 5,114.47 |
| 000001<br>070<br>7100-00 | Matt's Landscaping Contractors Ltd<br>Law Offices of Ronald A Steamey<br>211 W Wacker Drive Ste 500<br>Chicago IL 60606 | Unsecured |  | 60,000.00 | 21,858.95 | 21,858.95 |
|  |  | Subtotal for Class Unsecured |  | 60,000.00 | 21,858.95 | 21,858.95 |
|  |  | Case Totals: |  | 60,000.00 | 26,973.42 | 26,973.42 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-03825
Case Name: CURRENCY MANAGMENT CO. LTD.
Trustee Name: PHILIP V. MARTINO

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: PHILIP V. MARTINO | $   1,873.47 | $   0.00 |
| Attorney for trustee: DLA Piper US LLP | $   3,241.00 | $   0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,858.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Matt's Landscaping Contractors Ltd* | $ 21,858.95 | $ 6,120.23 |
| | | $ | $ |
| | | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .