UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 09 B 03825 |
| **CURRENCY MANAGEMENT CO., LTD.,** | ) | Judge Pamela Hollis |
| | ) | |
| **Debtor.** | ) | |

**FIRST AND FINAL APPLICATION FOR ALLOWANCE OF INTERIM
COMPENSATION AND REIMBURSEMENT OF COSTS OF DLA
PIPER LLP (US), ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE
FOR THE BANKRUPTCY ESTATE OF CURRENCY MANAGEMENT CO., LTD.**

Philip V. Martino, trustee for the bankruptcy estate of Currency Management Co., Ltd. ("**Trustee**"), pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing and directing payment by Trustee to DLA Piper LLP (US) ("**DLA Piper**"), attorneys for Trustee of compensation of $3,241.00 in compensation for 6.9 hours of legal services rendered to the Trustee.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1.  On February 6, 2009 (the "**Petition Date**"), Debtor's chapter 7 petition was converted to a Chapter 7.

2.  On February 6, 2009, the letter appointing Philip V. Martino as Trustee was filed and placed on the docket.

3.  On November 12, 2009. this Court entered an order allowing Trustee to retain the firm of DLA Piper LLP (US), retroactive to October 5, 2009.

4.  The Trustee is currently holding approximately $11,234.42 in his Trustee bank account for this matter.

5. All professional services for which compensation is requested herein were performed by DLA Piper and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

### NATURE OF LEGAL SERVICES PERFORMED BY
### DLA PIPER LLP (US)

6. DLA Piper has served as counsel for the Trustee at all times during these proceedings. DLA Piper has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

7. Since the period covered by this first and final Application, DLA Piper prepared, drafted and obtained court approval to retain counsel and started work on this final application. In connection with these matters, DLA Piper expended 2.3 hours and expects to incur 1.0 hours in connection with the hearing on the final fee applications, for a total of 3.3 hours for which it requests compensation of $1,833.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 2.20 |
| James Irving | 1.10 |

### B. CLAIMS

8. Trustee reviewed and filed objections to certain claims. In connection therewith, DLA Piper expended 3.4 hours and for which it requests compensation of $1,343.00. An

2

QB\11392632.1

itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | .7 |
| James R. Irving | 2.7 |

### C. GENERAL

9. Debtor's counsel contacted DLA to discuss the status of the bankruptcy case as well as Trustee fees. In connection with the telephone conference, DLA expended .20 hours of time and requests reimbursement of $65.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3)**. The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|---|---|
| James R. Irving | .20 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

9. Since November 1, 2008, DLA Piper has devoted 6.9 hours to represent the Trustee, and has provided this estate with actual and necessary legal services worth $3,241.00. No costs were incurred in connection with the representation.

10. Attached as **Exhibit B** is a biographical sketch (including billing rates) of the DLA Piper personnel who performed services on this matter during the term of this Application.

11. Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, DLA Piper LLP (US) counsel for the Trustee herein, requests the entry of an order:

A. Authorizing to DLA Piper (US) compensation in this bankruptcy proceeding in the amount of $3,241.00 for actual, necessary and valuable professional services rendered; and

QB\11392632.1

B.   For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,


By: /s/Philip V. Martino
Trustee

Philip V. Martino (ARDC #06183648)
QUARLES & BRADY LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

4

QB\11392632.1



P. Martino
Page: 4

Currency Management Company, Ltd., Philip V.
Martino as Trustee for Chapter 7 Bankruptcy

February 11, 2010

Matter # 370339-000002
Invoice # 2409417

*Matter:* ***Professional Retention***

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 10/07/09 | Review and revise application to retain counsel. | Martino, Philip V. | 0.20 |
| 11/12/09 | Prepare for an attend hearing on motion to retain counsel (.9); correspondence with P. Martino regarding objection of Debtor's counsel (.2). | Irving, James R. | 1.10 |
| 11/12/09 | E-mails to/from Irving regarding proceeding with retention and objection hearing. | Martino, Philip V. | 0.10 |
| 12/17/09 | Work on exhibit for first and final fee application. | Martino, Philip V. | 0.40 |
| 01/14/10 | Revise first and final fee application. | Martino, Philip V. | 0.50 |
|  | **Total Hours** |  | **2.30** |
|  | **Total Fees** |  | **$1,168.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Martino, Philip V. | Partner | 0.50 | 690.00 | 345.00 |
| Martino, Philip V. | Partner | 0.70 | 665.00 | 465.50 |
| Irving, James R. | Associate | 1.10 | 325.00 | 357.50 |
| **Totals** |  | **2.30** |  | **1,168.00** |

**Total Current Charges**           $        1,168.00



P. Martino
Page: 5

Currency Management Company, Ltd., Philip V.
Martino as Trustee for Chapter 7 Bankruptcy

February 11, 2010

Matter # 370339-000004
Invoice # 2409417

*Matter:* **Claims**

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 10/06/09 | Draft objections to claims (.4). | Martino, Philip V. | 0.40 |
| 10/09/09 | Review objections to claims and motion to retain counsel (.4); conference with P. Brennan regarding filing objections to claims and motion to retain counsel (.2). | Irving, James R. | 0.60 |
| 10/09/09 | Review and revise claims objections, notice and order. | Martino, Philip V. | 0.30 |
| 10/27/09 | Review docket; upcoming hearings and correspondence. | Irving, James R. | 0.20 |
| 10/28/09 | Conference with P. Brennan regarding upcoming hearing dates. | Irving, James R. | 0.20 |
| 11/04/09 | Conference with attorney for whom claim was filed without his knowledge and which Trustee objected to. | Irving, James R. | 0.20 |
| 11/17/09 | Review pleadings regarding claims objected to by Trustee. | Irving, James R. | 0.20 |
| 11/18/09 | Review docket entries regarding withdrawal of certain claims to which Trustee has outstanding objection. | Irving, James R. | 0.20 |
| 12/01/09 | Prepare for and attend hearing on claims objections(1.0); correspondence with P. Martino regarding the same (.1). | Irving, James R. | 1.10 |
| | **Total Hours** | | **3.40** |
| | **Total Fees** | | **$1,343.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Martino, Philip V. | Partner | 0.70 | 665.00 | 465.50 |
| Irving, James R. | Associate | 2.70 | 325.00 | 877.50 |
| **Totals** | | **3.40** | | **1,343.00** |



P. Martino
Page: 6

Currency Management Company, Ltd., Philip V.
Martino as Trustee for Chapter 7 Bankruptcy

February 11, 2010

Matter # 370339-000004
Invoice # 2409417

**Total Current Charges**          $    1,343.00



**DLA PIPER**

P. Martino
Page: 7

Currency Management Company, Ltd., Philip V.
Martino as Trustee for Chapter 7 Bankruptcy

February 11, 2010

Matter # 370339-000020
Invoice # 2409417

*Matter:* **General**

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 12/22/09 | Conference with Debtor's counsel regarding Trustee's fees and case status. | Irving, James R. | 0.20 |
| | **Total Hours** | | **0.20** |
| | **Total Fees** | | **$65.00** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Irving, James R. | Associate | 0.20 | 325.00 | 65.00 |
| **Totals** | | **0.20** | | **65.00** |

**Total Current Charges**  $ _____ **65.00**



**DLA PIPER**

P. Martino
Page: 3

Currency Management Company, Ltd., Philip V.
Martino as Trustee for Chapter 7 Bankruptcy

February 11, 2010

Matter # 370339-000001
Invoice # 2409417

*Matter:* **Trustee**

**Fees:**

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 02/09/09 | (Currency Exchange) Review documents and respond to e-mails regarding lawsuit, and fraudulent conveyances. | Martino, Philip V. | 0.50 |
| 04/28/09 | Calls to/from and conference with Debtor's counsel regarding lack of available case and desire to post a bond. | Martino, Philip V. | 0.20 |
| 09/10/09 | Review claims, docket and related matters (.3); letter to 3 creditors requesting support for claims (.1). | Martino, Philip V. | 0.40 |
| | **Total Hours** | | **1.10** |
| | **Total Fees** | | **$731.50** |

**Timekeeper Summary**

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Martino, Philip V. | Partner | 1.10 | 665.00 | 731.50 |
| | **Totals** | **1.10** | | **731.50** |

| | **Total Current Charges** | | **$** | **731.50** |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** (PVM) graduated from the American University, Washington, D.C. (B.S. B.A. 1979), and the Syracuse College of Law (J.D. 1982). Mr. Martino was admitted to the Illinois Bar in 1982 and is a partner at DLA Piper LLP (US). Mr. Martino's 2007 hourly billing rate was $665.00 and his 2008 and 2009 hourly billing rate was $665.00.

**James R. Irving** (JRI) is an associate with the DLA Piper LLP (US) firm, specializing in the bankruptcy department. He graduated from Williams College with a BA in history and received his JD from Vanderbilt University in 2008. Mr. Irving was admitted to the Illinois Bar in 2008. His hourly billing rate for 2009 was $325.00.

**STATE OF ILLINOIS**   )
                        ) SS
**COUNTY OF COOK**      )

1. Until March 26, 2010, I was a partner in the law firm of DLA Piper LLP (US) ("**DLA Piper**") and I am the trustee for the above referenced Debtor.

2. This affidavit is submitted in support of DLA Piper's First and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses (the "**Application**").

3. In the ordinary course of DLA Piper's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4. In the ordinary course of DLA Piper's business, the information on the timesheets is optically scanned and entered into DLA Piper's computer system.

5. In the ordinary course of DLA Piper LLP's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6. In the ordinary course of DLA Piper's business, the billing partner reviews the pro forma.

7. In the ordinary course of DLA Piper's business, a bill is prepared by computer and sent to the client.

8. I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

QB\11392632.1

9. I personally reviewed the pro formas for this estate each month prior to my departure, and am familiar with DLA Piper's efforts in connection with the instant bankruptcy proceeding.

10. I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of DLA Piper's business and it is part of the ordinary course of DLA Piper's business to prepare such documents.

11. To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.