PAMELA S. HOLLIS
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| CURRENCY MANAGMENT CO. LTD. | § | Case No. 09-03825 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 20,000.00                          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,120.68           Claims Discharged
                                                     Without Payment: 15,738.27

Total Expenses of Administration: 5,114.47

---

3) Total gross receipts of $ 11,235.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 11,235.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,114.47 | 5,114.47 | 5,114.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,000.00 | 25,693.95 | 21,858.95 | 6,120.68 |
| **TOTAL DISBURSEMENTS** | $ 60,000.00 | $ 30,808.42 | $ 26,973.42 | $ 11,235.15 |

4) This case was originally filed under chapter 7 on 02/06/2009 . The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __02/15/2011__          By:/s/PHILIP V. MARTINO
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lakeside Bank Checking Account | 1129-000 | 1,230.00 |
| $10,000 CASH | 1229-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 5.15 |
| **TOTAL GROSS RECEIPTS** | | **$11,235.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | 2100-000 | NA | 1,873.47 | 1,873.47 | 1,873.47 |
| DLA PIPER US LLP | 3110-000 | NA | 3,241.00 | 3,241.00 | 3,241.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,114.47 | $ 5,114.47 | $ 5,114.47 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | LAW OFFICE OF GRADY, PILGRIM CHRIST | 7100-000 | NA | 2,450.00 | 0.00 | 0.00 |
| 000004 | LAW OFFICE OF JOSEPH P. SELBKA | 7100-000 | NA | 1,035.00 | 0.00 | 0.00 |
| 000003 | LAW OFFICES WILLIAM G. UELSMANN | 7100-000 | NA | 350.00 | 0.00 | 0.00 |
| 000001 | MATT'S LANDSCAPING CONTRACTORS LTD | 7100-000 | 60,000.00 | 21,858.95 | 21,858.95 | 6,120.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 60,000.00 | $ 25,693.95 | $ 21,858.95 | $ 6,120.68 |

Page: 1
Exhibit 8

0/1/2010

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 09-03825   PSH   Judge: PAMELA S. HOLLIS
Case Name: CURRENCY MANAGMENT CO. LTD.

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 02/06/09 (f)
341(a) Meeting Date: 03/18/09

For Period Ending: 02/15/11

Claims Bar Date: 07/24/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Lakeside Bank Checking Account | 1,230.00 | 1,230.00 | | 0.00 | 1,230.00 |
| 2. 06 CH 5410 Mechanics Lien Claim | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 07 CH 5163 Mechanics Lien Claim | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 4. $10,000 CASH (u) | 0.00 | 10,000.00 | | 10,000.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.15 | Unknown |
| TOTALS (Excluding Unknown Values) | $21,230.00 | $11,230.00 | | $10,005.15 | $1,230.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Ready for TDR once 2/1/11 bank statement arrives with zero balance.

Initial Projected Date of Final Report (TFR): 12/31/09   Current Projected Date of Final Report (TFR): 12/31/10

LFORM1   UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Ver: 16.01c

Page: 1
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-03825 -PSH | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | CURRENCY MANAGMENT CO. LTD. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0331 BofA - Money Market Account |
| Taxpayer ID No: | *******5621 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/15/11 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/08/09 | | Currency Management Co., Inc. | Memo Amount: 1,230.00 Lakeside Checking Account Balance | 1129-000 | 11,230.00 | | 11,230.00 |
| | 1 | CURRENCY MANAGEMENT | | | | | |
| | 4 | CURRENCY MANAGEMENT | Memo Amount: 10,000.00 $10,000 Cash | 1229-000 | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.16 | | 11,230.16 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,230.45 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,230.74 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,231.03 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,231.31 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,231.59 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,231.88 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,232.17 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,232.45 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 11,232.71 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,233.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,233.28 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,233.56 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,233.84 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,234.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 11,234.42 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,234.70 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 11,234.98 |
| 11/18/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 11,235.15 |
| 11/18/10 | | Transfer to Acct #*******0632 | Final Posting Transfer | 9999-000 | | 11,235.15 | 0.00 |

| | Page Subtotals | 11,235.15 | 11,235.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Ver: 16.01c

Page: 2
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-03825 -PSH
Case Name: CURRENCY MANAGMENT CO. LTD.
Taxpayer ID No: *******5621
For Period Ending: 02/15/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******0331  BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 11,230.00 | | | | |
| | | Memo Allocation Disbursements: | 0.00 | | | | |
| | | Memo Allocation Net: | 11,230.00 | | | | 0.00 |
| | | | COLUMN TOTALS | | 11,235.15 | 11,235.15 | |
| | | | Less: Bank Transfers/CD's | | 0.00 | 11,235.15 | |
| | | | Subtotal | | 11,235.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 11,235.15 | 0.00 | |
| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.01c

Page: 3
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-03825 -PSH | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- |
| Case Name: | CURRENCY MANAGMENT CO. LTD. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | ********0632  BofA - Checking Account |
| Taxpayer ID No: | ********5621 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 02/15/11 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/18/10 | | Transfer from Acct #********0331 | Transfer In From MMA Account | 9999-000 | 11,235.15 | | 11,235.15 |
| 11/18/10 | 003001 | PHILIP V. MARTINO QUARLES & BRADY LLP SUITE 4000 300 NORTH LASALLE STREET CHICAGO, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 1,873.47 | 9,361.68 |
| 11/18/10 | 003002 | DLA Piper US LLP | Final Distribution Final Distribution | 3110-000 | | 3,241.00 | 6,120.68 |
| 11/18/10 | 003003 | Matt's Landscaping Contractors Ltd Law Offices of Ronald A Steamey 211 W Wacker Drive Ste 500 Chicago IL 60606 | Claim 000001, Payment 28.00080% (1-1) Services rendered and performed | 7100-000 | | 6,120.68 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 11,235.15    11,235.15 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 11,235.15    0.00 |
| Memo Allocation Net: | 0.00 | Subtotal | 0.00    11,235.15 |
| | | Less: Payments to Debtors | 0.00    0.00 |
| | | Net | 0.00    11,235.15 |

| | | | |
| --- | --- | --- | --- |
| Total Allocation Receipts: | 11,230.00 | | NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCE |
| Total Allocation Disbursements: | 0.00 | TOTAL - ALL ACCOUNTS BofA - Money Market Account - ********0331 | 11,235.15    0.00    0.00 |
| Total Memo Allocation Net: | 11,230.00 | BofA - Checking Account - ********0632 | 0.00    11,235.15    0.00 |
| | | | 11,235.15    11,235.15    0.00 |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors)    Total Funds On Hand |
| | | Page Subtotals | 11,235.15    11,235.15 |

Page: 4
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-03825 -PSH
Case Name: CURRENCY MANAGMENT CO. LTD.

Taxpayer ID No: \*\*\*\*\*\*\*5621
For Period Ending: 02/15/11

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*0632 BofA - Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

Ver: 16.01c
LFORM24    **UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*